UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ORLANDO SANCHEZ DE TAGLE, | Case No. 25-cv-01887-SVK |
|---|---|
| Plaintiff, | |
| v. | **REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |
| SANTA CLARA COUNTY SHERIFF, et al., | Re: Dkt. No. 22 |
| Defendants. | |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED, to the Honorable Judge Eumi K. Lee for consideration of whether the case is related to 24-cv-00556-EKL, de Tagle v. Santa Clara County Sheriff.

**IT IS SO ORDERED.**

Dated: 09/18/2025

_____
SUSAN VAN KEULEN
United States Magistrate Judge